[No. 44479-4-I.    Division One.    February 14, 2000.]

*In the Matter of the Estate of* HELEN L. McGOFF.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-4-00142-8, Michael E. Rickert, J., entered March 19, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44506-5-I.·    Division One.    February 14, 2000.]

JOHN L. CORRIGAN, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-22698-6, Jeanette R. Burrage, J., entered April 19, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44559-6-I.    Division One.    February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GODFREY CHAMBERS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04762-0, Harriett M. Cody, J., entered April 7, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44783-1-I.    Division One.    February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER J. PIRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10117-1, Charles W. Mertel, J., entered May 14, 1999. *Reversed* by unpublished per curiam opinion.